UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRIAN JOSEPH GUILLOTTE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-1400** |
| **LAFOURCHE PARISH, ET AL.** | **SECTION: "J"(4)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS HEREBY ORDERED** that Plaintiff Bryan Joseph Guillotte's 42 U.S.C. § 1983 claims against defendants Lafourche Parish; Lafourche Parish Medical Department; Lafourche Parish Correctional Complex Staff; Johnson & Johnson; Federal Emergency Management Agency; and the Centers for Disease Control and Prevention be **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e), § 1915A, and as applicable, 42 U.S.C. § 1997e, as frivolous and otherwise for failure to state a claim for which relief can be granted.

**IT IS FURTHER ORDERED** that Plaintiff's state law tort and negligence claims be **DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise supplemental jurisdiction under 28 U.S.C. § 1367(c).

**IT IS FURTHER ORDERED** that the *Motion to Dismiss* **(Rec Doc. 35)** filed by Defendants, the Federal Emergency Management Agency and the Centers for Disease Control and Prevention, and the *Motion to Dismiss* **(Rec. Doc. 41)** filed by Lafourche Parish Government on behalf of named Defendants Lafourche Parish and Lafourche Parish Medical Department be **DISMISSED WITHOUT PREJUDICE as moot**.

New Orleans, Louisiana, this 11th day of March, 2022.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE